# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALAN TARASOV,<br><br>     Petitioner,<br><br>    v.<br><br>FACILITY DIRECTOR, MESA VERDE ICE PROCESSING FACILITY,<br><br>     Respondent. | Case No. 1:26-cv-00450-JLT-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL PETITIONER COPY OF JANUARY 23, 2026 ORDER (ECF No. 3) TO PETITIONER AT NEW ADDRESS |

On February 2, 2026, the Court received Petitioner Dalan Tarasov's A-number and mailing address. Accordingly, the Clerk of Court is DIRECTED to mail a copy of the Court's January 23, 2026 order (ECF No. 3) to Petitioner at the new address.

IT IS SO ORDERED.

Dated:   **February 4, 2026**          /s/ _Erica P. Grosjean_

                       UNITED STATES MAGISTRATE JUDGE